UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DENA MARIE WILLIS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>　　　　　Defendant. | CASE NO. 11-CV-06057 RBL-JRC<br><br>REPORT AND RECOMMENDATION ON STIPULATED MOTION FOR REMAND |

This matter has been referred to Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Magistrates Rule MJR 4(a)(4), and as authorized by *Mathews, Secretary of H.E.W. v. Weber*, 423 U.S. 261 (1976). This matter is before the Court on defendant's stipulated motion to remand the matter to the administration for further consideration. (ECF No.22.)

After reviewing defendant's stipulated motion and the relevant record, the undersigned recommends that the Court grant defendant's motion, and ORDER that the Commissioner's decision in regard to Plaintiff's applications for a period of disability and disability insurance benefits under Title II of the Social Security Act ("the Act") and for supplemental security income pursuant to Title XVI of the Act be REVERSED and REMANDED pursuant to sentence

four of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further administrative proceedings.

On remand, based on the parties' stipulation, this Court recommends that the Administrative Law Judge hold a new hearing and issue a new decision. The ALJ should:

- update the treatment records on claimant's mental impairments;
- further evaluate the medical source opinions, including the opinions of David Widlan, Ph.D., and Gerald Peterson, Ph.D., providing the rationale for accepting or rejecting the opinions;
- further consider claimant's residual functional capacity on the updated record; and
- as appropriate, secure supplemental evidence from a vocational expert to clarify the effect of the assessed limitations on the claimant's occupational base.

This Court further recommends that the ALJ take any other actions necessary to develop the record. In addition, plaintiff should be allowed to submit additional evidence and arguments to the ALJ on remand.

Given the facts and the parties' stipulation, the Court recommends that the District Judge immediately approve this Report and Recommendation and order the case be **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g).

Dated this 2nd day of October, 2012.

_____
J. Richard Creatura
United States Magistrate Judge