IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| DENA MARIE WILLIS,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Civil No. 3:11-CV-6057-RBL<br><br><br>ORDER FOR ATTORNEY FEES<br>PURSUANT TO 28 U.S.C. § 2412(D) |

    Based upon the Stipulation of the parties, it is hereby ordered that attorney fees in the amount of $6,656.22, and expenses in the amount of $69.00, for a total of $6725.00, shall be awarded to Plaintiff pursuant to 28 U.S.C. § 2412(d) (EAJA).  If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, *see Astrue v. Ratliff*, 130 S.Ct. 2521 (2010), then the check for EAJA fees shall be made payable to Patricia Padilla Skrinar, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney.  Any check for EAJA fees shall be mailed to Plaintiff's counsel, Patricia P. Skrinar at the address listed below.

    Dated this 2nd day of November, 2012.

                                                          _____
                                                          Ronald B. Leighton
                                                          United States District Judge

Presented by:

Page 1       ORDER [3:11-CV-6057-RBL]

s/_____
Patricia Padilla Skrinar
Skrinar Law Offices
524 Tacoma Avenue South
Tacoma, Washington 98402
Phone (253) 383-0708
Fax. (253) 383-3673

Attorney for Plaintiff